## IN RE: WILLIAM D. HOBER, INC., Appellant

### 2016-2181

United States Court of Appeals, Federal Circuit.

August 21, 2017

THOMAS HENRY BOYD, Winthrop & Weinstine, PA, Minneapolis, MN, argued for appellant. Also represented by WESLEY DAVID ANDERSON, STEPHEN ROBERT BAIRD.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, CHRISTINA HIEBER, THOMAS W. KRAUSE.

(Newman, O'Malley, and Reyna, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**